## December 17, 1979

Rogers, David M. v. State Accident Insurance Fund (14541). Reversed. *Hackney v. Tillamook Growers,* 39 Or App 655, 593 P2d 1195, *rev den* ·286 Or 449 (1979). (603 P2d 783, *reversed and remanded* 289 Or 633, 616 P2d 485 (1980))

State v. Carlile, Judith Ann (12378). Reversed and remanded for trial. *State v. Delker,* 26 Or App 497, 552 P2d 1313, *rev den* (1976); *State v. Broderick,* 14 Or App 69, 511 P2d 1281 (1973); *State v. Poteet,* 9 Or App 231, 495 P2d 783, *rev den* (1972). (603 P2d 783, *aff'd* 290 Or 161, 619 P2d 1280 (1980))

State v. Stephens, Donald Charles (14719). Reversed and remanded for resentencing. *State v. Biles,* 287 Or 63, 597 P2d 808 (1979). (603 P2d 783)

Thiessen v. Ball (13475). Affirmed. *Fehl v. Horst,* 256 Or 518, 474 P2d 525 (1970). (603 P2d 785)

## December 24, 1979

Collins v. Wendt (12216). Affirmed. The facts in this case are identical to those in *Collins v. Rathbun, et al,* 43 Or App 857, 604 P2d 441 (1979). This case is now moot. (605 P2d 292)